FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Archibeyue, Albert Daniel<br><br>    Defendant. | Case No.: SA CR 10-93-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bail resources unknown; noncompliance w/supervision conditions; prior FTA; parole viol history evidences an inability to___

1 | _comply with supervision conditions; substance_
2 | _abuse history_
3 | and/or
4 | B. (X) The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 | finding is based on _criminal history record, incl multiple_
8 | _convs for crimes of violence, 2 drug possession_
9 | _convs; parole violation history; substance_
10 | _abuse history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6/14/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE